I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _11·5·09_

DEPUTY CLERK

JS-6 / ENTERED

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV - 5 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO NORVELL WARE, | Case No. CV 09-6077-CAS (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| KEN CLARK, (WARDEN), | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED:  November 4, 2009

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 5 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_Christine A. Snyder_

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE